UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Bankruptcy Case No. 19-00210 |
| | ) |
| Laurie Wheeler-Matthews, | ) Chapter 13 |
| | ) |
| Debtor. | ) Honorable Janet S. Baer |
| | ) |

## ORDER TO SHOW CAUSE

This matter coming before the Court on the Debtor's motion for sanctions for violation of the automatic stay against attorney Edward Szymaski, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. Edward Szymaski must appear on March 29, 2019 at 10:00 a.m. in Courtroom 240 of the Kane County Courthouse, 100 S. Third Street, Geneva, IL 60134, and show cause, if there be any, why an order should not be entered holding him in contempt of this Court for violation of the automatic stay, and accordingly, why sanctions should not be imposed.

2. Edward Szymaski may file a written response to the Debtor's motion for sanctions on or before March 22, 2019.

3. Counsel for Debtor shall serve this order on Edward Szymaski pursuant to Federal Rules of Bankruptcy Procedure Rule 7004, and file notice of such service with the Court, within seven (7) days of entry of this Order.

DATED: March 4, 2019

ENTER:

_Janet S. Baer_
Honorable Janet S. Baer
United States Bankruptcy Judge