IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 19-00210 |
| Laurie Wheeler-Matthews | ) | |
| | ) | Chapter 13 |
| | ) | |
| | ) | Judge: Janet S. Baer |
| Debtor(s) | ) | |

TO: Edward Szymanski, P.O. Box 5358, Elgin, Il 60121;
Trustee Glenn B. Stearns, *Via ECF Court Notice*

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached Order to Show Cause to the above-named persons via First Class U.S. Mail with postage prepaid from the mailbox located at 4131 Main St. Skokie, IL 60076, on March 6, 2019.

/s/ *David H. Cutler*
Attorney for the Debtor
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 19-00210 |
| | ) | |
| Laurie Wheeler-Matthews, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |
| | ) | |

## ORDER TO SHOW CAUSE

This matter coming before the Court on the Debtor's motion for sanctions for violation of the automatic stay against attorney Edward Szymaski, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. Edward Szymaski must appear on March 29, 2019 at 10:00 a.m. in Courtroom 240 of the Kane County Courthouse, 100 S. Third Street, Geneva, IL 60134, and show cause, if there be any, why an order should not be entered holding him in contempt of this Court for violation of the automatic stay, and accordingly, why sanctions should not be imposed.

2. Edward Szymaski may file a written response to the Debtor's motion for sanctions on or before March 22, 2019.

3. Counsel for Debtor shall serve this order on Edward Szymaski pursuant to Federal Rules of Bankruptcy Procedure Rule 7004, and file notice of such service with the Court, within seven (7) days of entry of this Order.

DATED: March 4, 2019

ENTER:

Honorable Janet S. Baer
United States Bankruptcy Judge