UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Laurie Wheeler-Matthews, | ) | Bankr. No. 19-00210 |
| | ) | |
| Debtor. | ) | |
| | ) | Honorable Janet S. Baer |

## ORDER OF CONTEMPT AND SCHEDULING OF PROVE-UP HEARING

This matter came before the Court for hearing concerning the Court's order dated March 4, 2019. In that order (the "Show Cause Order"), the Court ordered Edward Szymaski to appear and show cause as to why he should not be held in contempt for violation of the automatic stay and, accordingly, why sanctions should not be imposed. The Show Cause Order also gave Mr. Szymaski an opportunity to file a written response to the Debtor's motion for sanctions. Mr. Szymaski neither appeared at the hearing nor filed a response. As a result, based on the Debtor's motion and for the reasons stated on the record in open court at the hearing,

IT IS HEREBY ORDERED THAT:

1. The Debtor is in contempt of the Court's Show Cause Order.

2. A prove-up hearing will be held to determine the amount of damages to be assessed against Mr. Szymaski on May 24, 2019 at 10:00 a.m. at 100 South Third Street, Courtroom 240, Geneva, Illinois.

Dated: April 12, 2019

Enter:

/s/ Janet S. Baer (nka)

Honorable Janet S. Baer
United States Bankruptcy Judge